> The motion is GRANTED. The reply shall be filed within seven days of Plaintiff's receipt of this order and shall be limited to five (5) pages.
>
> /s/ Alistair Newbern
> Alistair E. Newbern
> U.S. Magistrate Judge

UNITED STATE DISTRICT, COURT
MIDDLE DISTRICT OF TENNESSEE
Nashville Division

Anthony Tucker
V.
John Rudd, M.D Rudd Medical Services, Plc Kenneth Tucker, RN Sheriff Robert F. Arnold, Captain Cagle, Chris Deal

NO: 3:16-CV-0485
HONORABLE Judge Newbern

RECEIVED IN CLERK'S OFFICE
SEP 07 2017
U.S. DISTRICT COURT
MID. DIST. TENN.

Motion Requesting To Reply To The Defendants' John, Rudd, RMMS and Kenneth Tucker's Response To Plaintiffs letter as Document 209, Motion filed as Document 210 and Document 208

Pursuant to Local Rule 7.01(b) Plaintiff Anthony Tucker. Move the Court for leave to reply to the Defendants Response To Plaintiffs letter Document 209 and Plaintiff Motion Document 210 and Plaintiffs letter Document 208 Due to the Defendant Missleading mature MR. Tucker ask for the opportunity to Reply And produce actual evidence

Sworn to and subscribed before me this 1st day of September 2017

_____ Notary Public @ Large
My Commission expires 5-5-21

1-of-1